UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRELL EUGENE JOHNSON,<br><br>    Plaintiff,<br><br>    v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS, et al.,<br><br>    Defendants. | Case No.21-cv-09972-NC<br><br>**ORDER OF TRANSFER** |

Plaintiff, a San Mateo County inmate proceeding *pro se*, filed a civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff claims he was injured at Solano State Prison, where inadequate protocols resulted in him catching Covid-19.  The events of which Plaintiff complains occurred primarily at Solano State Prison, Vacaville, which is located in Solano County.  Solano County is located within the Eastern District of California.  *See* 28 U.S.C. § 84(b).  Venue therefore is proper in the Eastern District of California.  *See* 28 U.S.C. § 1391(b).  Accordingly, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this case is **TRANSFERRED** to the United States District Court for the Eastern District of California.

The Clerk of the Court is directed to transfer the case forthwith.

**IT IS SO ORDERED.**

Dated:  February 10, 2022

_____
NATHANAEL M. COUSINS
United States Magistrate Judge