**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DARRELL EUGENE JOHNSON, | No. 2:22-CV-0276-DMC-P |
| Plaintiff, | |
| v. | ORDER |
| STATE OF CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al., | |
| Defendants. | |

Plaintiff, who is proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the Court is Plaintiff's motion, ECF No. 14, for an extension of time. Plaintiff's motion is denied as unnecessary because there are currently no pending deadlines in this case. The sufficiency of Plaintiff's complaint will be addressed separately.

IT IS SO ORDERED.

Dated: February 27, 2023

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1